IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VARIOUS PLAINTIFFS | CONSOLIDATED UNDER MDL 875 |
| v. | |
| VARIOUS DEFENDANTS | FILED DEC - 9 2009 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk |

O R D E R

**AND NOW**, this **7th** day of **December, 2009**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the case will be transferred to the "Bankruptcy Only" docket[1].

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

Exhibit "A"

| Case Number | First | Middle | Last | Suffix |
|---|---|---|---|---|
| 2:09-cv-66934-ER | BOBBY | | CLEMENTS | |
| 2:09-cv-66961-ER | DANNY | | FULLER | |
| 2:09-cv-66962-ER | FELIX | | FIERRO | |
| 2:09-cv-66963-ER | CARROLL | | LOWE | |
| 2:09-cv-66989-ER | ROBERT | | KAUPPI | |
| 2:09-cv-66992-ER | TELESFOR | | GARCIA | |
| 2:09-cv-66993-ER | FOSTER | | HAWKS | |
| 2:09-cv-66994-ER | LEO | | CHAVES | |
| 2:09-cv-66996-ER | HANS | | VOSS | |
| 2:09-cv-66997-ER | WILLIE | | LUCERO | |
| 2:09-cv-67000-ER | THOMAS | | MARTINEZ | |
| 2:09-cv-67001-ER | DANA | | ALLISON | |
| 2:09-cv-67010-ER | TONY | | CHAVEZ | |
| 2:09-cv-67011-ER | LEON | | CHAVEZ | |
| 2:09-cv-67012-ER | WILLIS | | HARDY | |
| 2:09-cv-67013-ER | ROBERT | | BIEL | |
| 2:09-cv-67014-ER | WILLIAM | | AMON | |
| 2:09-cv-67015-ER | AURELIO | | SAIZ | |
| 2:09-cv-67016-ER | SAM | | JORDAN | |
| 2:09-cv-67017-ER | VICTOR | | BARNEY | |
| 2:09-cv-67018-ER | D. | ROBERT | LONGACRE | |
| 2:09-cv-67019-ER | ISIDRO | | ANAYA | |
| 2:09-cv-67020-ER | JACOB | | CHAVEZ | |
| 2:09-cv-67021-ER | ADAM | | VIGIL | |
| 2:09-cv-67022-ER | ROBERT | | BURNS | |
| 2:09-cv-67024-ER | TROY | | RIGHTMIRE | |
| 2:09-cv-67025-ER | JUAN | | TORRES | |
| 2:09-cv-67027-ER | ISAIAS | | GARCIA | |
| 2:09-cv-67029-ER | JOSE | | CASAUS | |
| 2:09-cv-67030-ER | JOHNNY | | JIM | |
| 2:09-cv-67031-ER | GEORGE | | ZUMWALT | |
| 2:09-cv-67032-ER | JOHN | | JULIANTO | |
| 2:09-cv-67033-ER | JOHNSON | | SHORTHAIR | |
| 2:09-cv-67034-ER | TOM | | JOHN | |
| 2:09-cv-67035-ER | JONES | | JOHNSON | |
| 2:09-cv-67036-ER | ABEL | | VALVERDE | |
| 2:09-cv-67037-ER | FRANK | | TORRES | |
| 2:09-cv-67039-ER | JOSE | | MARTINEZ | |
| 2:09-cv-67039-ER | JOSE | | MARTINEZ | |
| 2:09-cv-67042-ER | THOMAS | | LINDSAY | |
| 2:09-cv-67043-ER | ELFEGO | | SANCHEZ | |
| 2:09-cv-67044-ER | DONALD | | PASCHAL | |
| 2:09-cv-67045-ER | MIKE | | MEDRANO | |
| 2:09-cv-67046-ER | WILLIAM | | LONG | |
| 2:09-cv-67048-ER | JOHN | | HANSON | |
| 2:09-cv-67049-ER | LESLIE | | HALL | |
| 2:09-cv-67050-ER | PETE | | CANDELARIA | |
| 2:09-cv-67051-ER | ROBERT | | BACA | |
| 2:09-cv-67052-ER | RAYMOND | | SANDOVAL | |
| 2:09-cv-67053-ER | LEROY | | TRUJILLO | |
| 2:09-cv-67054-ER | RALPH | | FARMER | |

| Case Number | First Name | Last Name | Suffix |
|---|---|---|---|
| 2:09-cv-67055-ER | CLINTON | CASTELLO | JR |
| 2:09-cv-67056-ER | ROBERT | HOGGATT | |
| 2:09-cv-67058-ER | JOHN | SIMMONS | |
| 2:09-cv-67078-ER | STEVEN | KEY | |
| 2:09-cv-67080-ER | WALTER | SARAN | |
| 2:09-cv-67081-ER | EDWARD | JOE | |
| 2:09-cv-67082-ER | PAUL | MASCARENAS | |
| 2:09-cv-67083-ER | NICK | TODACHEENIE | |
| 2:09-cv-67084-ER | WILLIAM | KLEIN | |
| 2:09-cv-67085-ER | ABE | MAESTAS | |
| 2:09-cv-67086-ER | FORREST | FRAZIER | |
| 2:09-cv-67089-ER | ROBERT | AUSTIN | |
| 2:09-cv-67090-ER | EDWARD | LARRIBAS | |
| 2:09-cv-67091-ER | WAYNE | DESKIN | |
| 2:09-cv-67098-ER | JACKIE | LITTEN | |
| 2:09-cv-67489-ER | DWIGHT | WARD | |